October 27, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

EXPRO AMERICAS, LLC, Appellant

NO. 14-10-00707-CV                    V.

SANGUINE GAS EXPLORATION, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee SANGUINE GAS EXPLORATION, LLC, signed July 1, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred in part. We order that the portion of the trial court's judgment in which it denied appellant EXPRO AMERICAS, LLC's motion for summary judgment be **AFFIRMED**, the portion of the judgment in which the trial court granted appellee SANGUINE GAS EXPLORATION, LLC's motion for summary judgment be **REVERSED,** and this case be **REMANDED** for further proceedings in accordance with this court's opinion.

We order that each party pay its own costs incurred in this appeal. We further order this decision certified below for observance.